Jack T. Friedman, No. 068134
Eric S. Clarke, No. 168413
Larry B. Panek, No. 132588
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1676 N. California Blvd, Suite 620
Walnut Creek, CA  94596-4124
Telephone:     925.944.6080
Facsimile:       925.256.3110
Email:            jfriedman@cbmlaw.com
                     lpanek@cbmlaw.com

Attorneys for Plaintiff ALAN SCHWARTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN SCHWARTZ, an individual,<br><br>           Plaintiff,<br><br>   v.<br><br>ALLSTATE HOME LOANS dba ALLSTATE FUNDING, a California corporation, GREGG SHANBERG, an individual, and SHEARSON FINANCIAL NETWORK, INC., a Nevada corporation, and Does 1-10,<br><br>           Defendants. | No. C 07 2320 PJH<br><br>Assigned for All Purposes to:<br>Judge: Hon. Phyllis J. Hamilton<br>Ctrm:   3<br><br>**[PROPOSED] ORDER GRANTING TRANSFER OF VENUE FROM NORTHERN DISTRICT COURT OF CALIFORNIA TO CENTRAL DISTRICT COURT OF CALIFORNIA**<br><br>Complaint Filed:  April 30, 2007 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Based on the joint stipulation of the parties that have appeared in this case, the Court hereby orders this case transferred to the United States District Court, Central District in Santa Ana.

This Order transfer is based on the parties' stipulation and the related motion to transfer.  Defendants and each of them do and/or did reside or conduct business in the

CBM-WC\WC059586.1

**PROPOSED ORDER GRANTING TRANSFER OF VENUE**

1  Central District of California wherein each of their contacts are sufficient to subject the
2  Defendants to personal jurisdiction in the Central District of California in Santa Ana as if
3  the Central District was a separate State since California has multiple judicial districts;
4  thus making venue and jurisdiction proper in the Central District of California in Santa
5  Ana.
6       IT IS SO ORDERED.
7
8       Dated: 7/26/07 _____
9                              Hon. Phyllis J. Hamilton
10                             Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

CBM-WC\WC059586.1     -2-

**PROPOSED ORDER GRANTING TRANSFER OF VENUE**